UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. RIFAT & TRACY M. RIFAT,<br><br>                                    Plaintiffs,<br><br>v.<br><br>DAVE JONES; DAVID STEELE; and DOES 1-10,<br><br>                                    Defendants. | Case No.:  3:21-cv-1667-L-KSC<br><br>**ORDER CONTINUING FINAL PRETRIAL CONFERENCE** |

The final pretrial conference currently set on the Court's calendar for February 26, 2024 at 11:00am is vacated pending the Court's decision on the parties pending motions for summary judgment.  (ECF Nos. 47, 51.)  The parties' other pre-trial obligations outlined in Judge Crawford's scheduling order are also vacated.  (ECF No. 45 at ¶¶ 16-17.)  The parties shall jointly contact the magistrate judge within seven days of an order on the pending summary judgment motions for a scheduling order of the remaining duties including the final pretrial conference, if applicable.

**IT IS SO ORDERED.**

Dated:  February 8, 2024

Hon. M. James Lorenz
United States District Judge